# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN TATUM, : CIVIL ACTION
:
    v. :
: NO. 10-7577
PHILADELPHIA HOUSING AUTHORITY, et al. :

## ORDER RE: MOTIONS TO DISMISS

AND NOW, on this 26th day of May, 2011, upon careful consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, and Plaintiff's responses thereto, following oral argument held on May 24, 2011, and for the reasons in the accompanying memorandum of law, it is hereby ORDERED as follows:

1. Defendants PHA and Quimby's Motion to Dismiss Plaintiff's Complaint (ECF No. 17) is GRANTED.

2. Defendant Rosenthal's Motion to Dismiss Plaintiff's Complaint (ECF No. 18) is GRANTED.

3. Defendant Greene's Motion to Dismiss Plaintiff's Complaint (ECF No. 27) is GRANTED.

4. Defendant Quimby's Motion for Joinder of Defendant Greene's Argument (ECF No. 40) is DENIED as moot.

5. Plaintiff Tatum is granted leave to file an amended complaint within thirty (30) days of this Order to cure the deficiencies identified in the accompanying memorandum of law.

1

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-7577 Tatum v PHA\Tatum v. PHA - MTD order.wpd